IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 15  AM 7: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

OTIS GRIFFIN,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )
v.                                               )       No. 04-2503 SHM
                                                 )
AETNA LIFE INSURANCE COMPANY,                    )
                                                 )
                    Defendant.                   )

---

### AGREED ORDER OF COMPROMISE AND DISMISSAL WITH PREJUDICE

As evidenced by signatures of counsel below, the parties have agreed to settle and compromise all claims in this matter, and therefore this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

December 14, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05

N CC 544100 v1
2825589-000012  11/23/05

36

Submitted for entry,

Kenneth A. Weber
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 1000
Nashville, TN 37201
(615) 726-5600
(615) 726-0464 (facsimile)

Attorneys for Defendant
Aetna Life Insurance Company


James R. Becker, Jr.
CRONE & MASON
5100 Poplar Avenue, Suite 3200
Memphis, Tennessee 37137
(901) 683-1850
(901) 683-1963 (facsimile)

Attorneys for Plaintiff
Otis Griffin

10

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by first class mail, postage prepaid to:

James R. Becker, Jr.
CRONE & MASON
5100 Poplar Avenue, Suite 3200
Memphis, Tennessee 37137

this ____ day of ~~November~~ December, 2005.

N CC 544571 v1
2825589-000002  11/29/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02503 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

James R. Becker
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Kenneth A. Weber
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable Bernice Donald
US DISTRICT COURT